UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: STANLEY STEPHEN SANDERS and KATHLEEN VEL                     Case No: 6:19-bk-71230 B

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The plan provides for the secured claim of Fidelity Bank, however the collateral securing this claim has been liquidated prior to the filing of the case and the plan should be modified to address this claim.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  6/25/2019                                                            /s/  Jack W Gooding
                                                                                    CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 6/25/2019, with sufficient postage to assure delivery to the following:

Stanley Stephen Sanders And     Kathleen Velma Sanders
220 Cherokee Drive
Donaldson, Ar  71941

The Honey Law Firm - Electronically by ECF

                                                                                    /s/  Jack W Gooding
                                                                                    CHAPTER 13 TRUSTEE

JCH