IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Stanley Stephen Sanders and Kathleen Velma Sanders

CASE NO: 6:19-bk-71230 B                                                                 Chapter 13

---

CHAPTER 13 ORDER
TO MODIFY CHAPTER 13 PLAN

---

Before the court is the Objection to Confirmation of Plan, Docket Entry [32], filed on June 25, 2019 by the Trustee. The Objection was set for hearing on July 24, 2019. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: 07/31/2019                                             /s/   Ben T. Barry
                                                             Ben T. Barry
                                                             U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

   The Honey Law Firm - - Electronically by ECF

   Stanley Stephen Sanders and Kathleen Velma Sanders
   220 Cherokee Drive
   Donaldson, AR  71941